1132

Order affirmed, with $10 costs and disbursements. We do not determine the merits.

HOSMER, Appellant, v. TIFFANY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Edward S. Hosmer, as trustee, against Burnett Y. Tiffany and another. L. M. Berkeley, for appellant. A. Tulin, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOWE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Charles W. Howe against Clarence M. Smith.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

H. REMINGTON & SON PULP & PAPER CO., Respondent, v. REMINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by the H. Remington & Son Pulp & Paper Company against Edward W. Remington. No opinion. Judgment affirmed, with costs.

In re HUMMEL. (Supreme Court, Appellate Division, First Department. November 15, 1907.) In the matter of Abraham H. Hummel. No opinion. Respondent disbarred. Present order.

HUNT, Appellant, v. RACICH, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Robert Hunt against Jacob Racich. C. J. Hardy, for appellant. J. V. Bouvier, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HUNTER v. HUDSON COMPANIES. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Paul C. Hunter against the Hudson Companies. No opinion. Motion granted, with $10 costs. Order filed.

HUNTLEY, Respondent, v. FLURI, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Melanie Huntley against George V. Fluri. G. W. Elkins, for appellant. R. E. L. Lewis, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HURLEY v. SMITH. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by John H. Hurley against George M. Smith, as receiver. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re HURLOCK. (Supreme Court, Appellate Division, First Department. November 22, 1907.) In the matter of George D. Hurlock. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HURLOCK, Appellant, v. MAKEVER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by George D. Hurlock against Sanford Makever and others. E. V. Abbott, for appellant. J. C. Lenney, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HYDE, Appellant, v. FLEISHMANN REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by E. Belcher Hyde against the Fleishmann Realty Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the evidence was not sufficient to sustain a judgment that the delivery of the atlas was not within a reasonable time after the making of the contract.

In re INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) In the matter of the application of the International Railway Company to remove an action entitled "County Court, Niagara County. Susan McMerrick v. International Railway Company"—to the Supreme Court, Erie county.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, without costs.

SPRING, J., not sitting.

JAFFER, Respondent, v. DREYER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Louis A. Jaffer against Louis Dreyer, impleaded. E. L. Turk, for appellant, B. Edelhertz, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JAHN et al., Respondents, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by A. Mathilde Jahn and another as executrix etc., of Gustave A. Jahn, against De Elbert A. Reynolds and another. No opinion. We think the parties should proceed to the trial of this case, and express no opinion upon the merits. Order affirmed, with $10 costs and disbursements. See 101 N. Y. Supp. 293.

JEFFERSON COUNTY, Appellant, v. McMULLIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by the county of Jefferson against Charles B. McMullin. No opinion. Order affirmed, with costs.

JOHNSON, Respondent, v. PRINCE LINE, Limited, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Peter Johnson against the Prince Line, Limited. No opinion. Judgment and order unanimously affirmed by default with costs. See 93 N. Y. Supp. 273.

JOHNSTON, Respondent, v. SYRACUSE LIGHTING CO., Appellant. (Supreme Court,